40,953-03,04

RE: WR 40,953-03

TRIAL 97-03-12326-A

WR 40,953-04

TRIAL 08-02-12777-A

COURT OF CRIMINAL APPEALS

DATE 4-9-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

Dear Clerk:

Im concern about WRIT's above listed! As your records show they was dismissed pending Mandate which was handed down March 19-2012. However my records indicte that my ADMEND WRIT, Habeas Corpus was filed April 25th 2012 but because the First Writ was dismissed, Stroble was never notified of the dismissal, or the Admend WRIT would have been Strobles First Writ, which was proply filed on April 25th 2012. The 506th Judicial District did not do a facts find conclusion of Law on that Writ, and That WRIT should still be pending. Can you please notify me of the status, or what we can do to fix this problem.

I Remain your Humble Servant

Respectfully

Ricky Stroble 1594772
12071 FM 3522
Abilene, TX 79601

c.c /File /RLS